UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SYLVESTER JAMES MAHONE,

          Plaintiff,

   v.

JAMES MATELJAK et al.

          Defendants.

CASE NO. C11-5682-BHS-JRC

ORDER TO FILE AN AMENDED COMPLAINT

    This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.  Plaintiff has asked for in forma pauperis status and filed a proposed complaint (ECF No. 1).  The proposed complaint is 41 pages long and does not comply with Fed. R. Civ. P 8 (a). The complaint should contain a short plain statement of the claims and supporting facts. Instead, the complaint includes long narratives that do not set forth a short, plain statement of the claims and supporting facts. Further, although plaintiff alleges defendants filed false criminal charges in retaliation for

plaintiff's activities at the Pierce County Jail, plaintiff has not informed the court of the outcome of those charges. If plaintiff intends to proceed with this claim then he must inform the court of the disposition of the charges.

Plaintiff is ordered to file an amended complaint that meets the requirements of Fed. R. Civ. P. 8 (a) on or before October 28, 2011. The court will not consider the motion to proceed in forma pauperis until an amended complaint is on file.

Dated this 27th day of September, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER TO FILE AN AMENDED COMPLAINT - 2